# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10369-AMC

CLAIRE MARIE TOLAND

173 SIMPSON ROAD
APT #2
ARDMORE, PA 19003

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CLAIRE MARIE TOLAND

    173 SIMPSON ROAD
    APT #2
    ARDMORE, PA 19003

**Counsel for debtor(s), by electronic notice only.**
    ANDREW V. GUILFOIL ESQUIRE
    HOLBER STANWOOD & GUILFOIL
    41 E FRONT ST
    MEDIA, PA 19063

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 4/1/2019

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee