## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Claire Marie Toland,** | : | **CHAPTER 13** |
| | : | |
| *Debtor* | : | **BKY. NO. 19-10369** |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK:

    Kindly enter my appearance on behalf of Creditor ROBERT TOLAND II and index same on the master mailing list.

                                                **O'HAGAN MEYER LLP**

                                                */s/ Kevin F. Berry*
                                                KEVIN F. BERRY (PA #30058)
                                                **O'HAGAN MEYER LLP**
                                                100 N. 18th Street, Suite 700
                                                Two Logan Square
                                                Philadelphia, PA 19103
                                                267-386-4353
                                                kberry@ohaganlaw.com

                                                *Attorneys for Creditor*
                                                *Robert Toland II*

Dated:  April 5, 2019

## **CERTIFICATE OF SERVICE**

I, Kevin F. Berry, Esquire, certify that a true and correct copy of the foregoing was caused to be served to counsel of record in this case via the Court's ECF system on April 5, 2019 (paper copy filed on April 1, 2019, with Proof of Claim for Creditor Robert Toland II for $60,793.00).

  */s/ Kevin F. Berry*
  KEVIN F. BERRY (PA #30058)