B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re

    Claire Marie Toland
        Debtor

Bankruptcy No. 19-10369amc

    Robert Toland, II
        Plaintiff

Adversary No. 19-110

    Claire Marie Toland
        Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  Answer is due 6-19-19.

    Address of Clerk

U.S. Bankruptcy Court
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia  PA  19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney

Kevin F. Berry, Esquire
100 N. 18th Street, Ste. 700
Two Logan Square
Philadelphia, PA  19103

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

5-20-19

By: s/ Stacey Dougherty
Deputy Clerk

Bankruptcy No. 19-10369amc      Adversary No. 19-110

CERTIFICATE OF SERVICE

I, Kevin F. Berry, Esq. certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made May 20, 2019 (date) by:

(x) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

Claire Marie Toland
173 Simpson Road
Apartment #2
Ardmore, PA 19003

Andrew V. Guilfoil, Esq.
Holber Stanwood and Guilfoil, LLC
41 East Front Street
Media, PA 19063

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law:  The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

May 20, 2019
Date

Signature

Print Name         Kevin F. Berry, Esquire

Business Address   O'Hagan Meyer LLP

City, State, Zip   Two Logan Square; 100 N. 18th Street, Suite 700
Philadelphia, PA 19103
215-569-2400
kberry@ohaganmeyer.com
Attorney for Plaintiff / Creditor
Robert Toland II