# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-10369-AMC

CLAIRE MARIE TOLAND

173 SIMPSON ROAD
APT #2
ARDMORE, PA 19003

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    CLAIRE MARIE TOLAND

    173 SIMPSON ROAD
    APT #2
    ARDMORE, PA 19003

Counsel for debtor(s), by electronic notice only.

    ANDREW V. GUILFOIL ESQUIRE
    HOLBER STANWOOD & GUILFOIL
    41 E FRONT ST
    MEDIA, PA 19063

                                      /S/ William C. Miller

Date: 9/24/2019                              _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee