UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

11-18-19

To:
**Andrew Vincent Guilfoil, Esquire**

In re:  Claire Maire Toland
Bankruptcy No. **19-10369amc**
Adversary No.
Chapter  13

Re **Amended schedules**

The above document(s) were filed in this office on 11-18-19**.**  Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|     |     |
| --- | --- |
| ( ) | Voluntary Petition |
| ( ) | Adversary Proceeding |
| (X) | $31.00 Filing Fee for Amendments |
| ( ) | $25.00 Claims Transfer Fee |
| ( ) | Motion Filing Fee |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will  be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By:**Stacey**
   Deputy Clerk

*Fee Notice*
*(11/26/18)*