# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: CLAIRE MARIE TOLAND, | : | CHAPTER 13 |
| | : | |
| Debtor. | : | BKY. NO. 19-10369 AMC |
| | | |
| ROBERT TOLAND II, | : | ADVERSARY PROCEEDING |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CLAIRE MARIE TOLAND, | : | |
| | : | |
| Defendant. | : | NO. 19-110AMC |

## STIPULATION ON TIME FOR FILING CREDITOR ROBERT TOLAND II'S RESPONSE TO DEBTOR'S MOTION FOR SUMMARY JUDGMENT

Debtor, Claire Marie Toland ("Debtor"), by and through her attorney, and Creditor / Plaintiff, Robert Toland II ("Creditor RT2"), by and through his attorney, agree and stipulate to the following:

1. Debtor filed a Motion for Summary Judgment in the Adversary Proceeding on October 24, 2019. (Dkt. No. 19-110, ECF No. 10.)

2. Creditor RT2's attorney, Kevin F. Berry, Esquire, did not receive electronic service of this filing because he has, for some reason, not received all filings by all parties through the Court's Case Management / Electronic Case Files ("ECF") system in this case.

3. On November 14, 2019, Mr. Berry received electronic service of Debtor's response to Creditor RT2's Motion for Summary Judgment. (Dkt. No. 19-110, ECF No. 12.) Because of the gap in numbering between Creditor RT2's Motion for Summary Judgment (Dkt. No. 19-110,

ECF No. 8) and Debtor's response thereto (Dkt. No. 19-110, ECF No. 12), Mr. Berry checked the docket and found that Debtor had filed a Motion for Summary Judgment on October 24, 2019 (Dkt. No. 19-110, ECF No. 10).

4. Because Creditor RT2 did not receive Debtor's Motion for Summary Judgment until Mr. Berry discovered it on the Court's docket on November 14, 2019, Debtor and Creditor have agreed and stipulate that Creditor RT2 has until December 5, 2019, within which to file his response to Debtor's Motion for Summary Judgment.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Andrew V. Guilfoil | /s/ Kevin F. Berry |
| ANDREW V. GUILFOIL | KEVIN F. BERRY (PA NO. 30058) |
| **HOLBER STANWOOD AND GUILFOIL, LLC** | **O'HAGAN MEYER** |
| 41 East Front Street | Two Logan Square |
| Media, PA 19063 | 100 N. 18th Street, Suite 700 |
| 610-565-5463 (tel) | Philadelphia, PA 19103 |
| *Attorneys for Debtor* | 215-569-2400 (tel) |
| *Claire Marie Toland* | 215-665-8300 (fax) |
| | *Attorneys for Plaintiff / Creditor* |
| | *Robert Toland II* |

Dated: November 20, 2019

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: CLAIRE MARIE TOLAND, | : | CHAPTER 13 |
| Debtor. | : | BKY. NO. 19-10369 AMC |
| ROBERT TOLAND II, | : | ADVERSARY PROCEEDING |
| Plaintiff, | : | |
| v. | : | |
| CLAIRE MARIE TOLAND, | : | |
| Defendant. | : | NO. 19-110AMC |

### **O R D E R**

AND NOW, this _____ day of _____, 2019, upon consideration of the Stipulation on Time for Filing Creditor Robert Toland II's Response to Debtor's Motion for Summary Judgment, **IT IS HEREBY ORDERED** that Plaintiff / Creditor Robert Toland II's response to Debtor's Motion for Summary Judgment shall be filed on or before December 5, 2019.

BY THE COURT:

_____
Ashley M. Chan
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, Kevin F. Berry, Esquire, certify that a true and correct copy of the foregoing Stipulation was caused to be served on all counsel of record on November 20, 2019, via *Court ECF*, including but not limited to:

Andrew V. Guilfoil, Esq.
Holber Stanwood and Guilfoil, LLC
41 East Front Street
Media, PA 19063
610-565-5463
aguilfoil@holber.com

Trustee
WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
215-627-1377

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
215-597-4411

 */s/ Kevin F. Berry*
Kevin F. Berry