IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    CLAIRE MARIE TOLAND :
: Bankruptcy No. 19-10369
        Debtor :

### CERTIFICATION OF SERVICE

I, Andrew V. Guilfoil, Esquire, Counsel for Debtor, hereby certify that I served a copy of the First Amended Chapter 13 Plan upon the U.S. Trustee's Office, William C. Miller, Esquire, Chapter 13 Trustee, Debtor, Claire Marie Toland, Kevin F. Berry, Esquire, and by first-class mail, postage prepaid and/or electronic means on November 21, 2019.

Date: 11/21/19

By: _____
Andrew V. Guilfoil, Esquire
Attorney for Debtor