## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: CLAIRE MARIE TOLAND, | : | CHAPTER 13 |
| | : | |
| Debtor. | : | BKY. NO. 19-10369 AMC |
| | | |
| ROBERT TOLAND II, | : | ADVERSARY PROCEEDING |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CLAIRE MARIE TOLAND, | : | |
| | : | |
| Defendant. | : | NO. 19-110AMC |

### O R D E R

AND NOW, this _____ day of _____, 2019, upon consideration of the Stipulation on Time for Filing Creditor Robert Toland II's Response to Debtor's Motion for Summary Judgment, **IT IS HEREBY ORDERED** that Plaintiff / Creditor Robert Toland II's response to Debtor's Motion for Summary Judgment shall be filed on or before December 5, 2019.

BY THE COURT:

**Date: November 25, 2019**

_____
Ashely M. Chan
United States Bankruptcy Judge