United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-10369-amc
Claire Marie Toland                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey         Page 1 of 1          Date Rcvd: Nov 26, 2019
                        Form ID: pdf900      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2019.
db            +Claire Marie Toland,   173 Simpson road,   Apartment #2,   Ardmore, PA 19003-2838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Nov 27 2019 03:44:53    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 27 2019 03:44:33
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 27 2019 03:44:48    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 03:45:26    Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
              ANDREW VINCENT GUILFOIL    on behalf of Defendant Claire Marie Toland aguilfoil@holber.com
              ANDREW VINCENT GUILFOIL    on behalf of Debtor Claire Marie Toland aguilfoil@holber.com
              KEVIN F. BERRY    on behalf of Creditor Robert  Toland, II kberry@ohaganmeyer.com,
               nfusco@ohaganmeyer.com
              KEVIN F. BERRY    on behalf of Plaintiff Robert  Toland, II kberry@ohaganmeyer.com,
               nfusco@ohaganmeyer.com
              KEVIN G. MCDONALD    on behalf of Creditor   BANK OF AMERICA, NATIONAL ASSOCIATION FHA/VA/RHS:
               Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: CLAIRE MARIE TOLAND, | : | CHAPTER 13 |
| | : | |
| Debtor. | : | BKY. NO. 19-10369 AMC |
| | | |
| ROBERT TOLAND II, | : | ADVERSARY PROCEEDING |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CLAIRE MARIE TOLAND, | : | |
| | : | |
| Defendant. | : | NO. 19-110AMC |

**O R D E R**

AND NOW, this _____ day of _____, 2019, upon consideration of the Stipulation on Time for Filing Creditor Robert Toland II's Response to Debtor's Motion for Summary Judgment, **IT IS HEREBY ORDERED** that Plaintiff / Creditor Robert Toland II's response to Debtor's Motion for Summary Judgment shall be filed on or before December 5, 2019.

BY THE COURT:

**Date: November 25, 2019**

_____
Ashely M. Chan
United States Bankruptcy Judge