United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Claire Marie Toland  
    Debtor

Case No. 19-10369-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Dec 03, 2019  
                       Form ID: 160    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2019.  
db          +Claire Marie Toland,    173 Simpson road,    Apartment #2,    Ardmore, PA 19003-2838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 03:52:26      Synchrony Bank,  
           c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                                      TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2019 at the address(es) listed below:
         ANDREW VINCENT GUILFOIL    on behalf of Debtor Claire Marie Toland aguilfoil@holber.com  
         ANDREW VINCENT GUILFOIL    on behalf of Defendant Claire Marie Toland aguilfoil@holber.com  
         JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,  
          ecfemails@ph13trustee.com  
         KEVIN F. BERRY    on behalf of Plaintiff Robert  Toland, II kberry@ohaganmeyer.com,  
          nfusco@ohaganmeyer.com  
         KEVIN F. BERRY    on behalf of Creditor Robert  Toland, II kberry@ohaganmeyer.com,  
          nfusco@ohaganmeyer.com  
         KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, NATIONAL ASSOCIATION FHA/VA/RHS:  
          Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                           TOTAL: 8

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Claire Marie Toland
      Debtor(s)                                      Case No: 19–10369–amc

Chapter: 13

---

**NOTICE OF HEARING**

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

      on: 2/18/20

      at: 10:00 AM

      in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 12/3/19                                                                                          For The Court

                                                                                               Timothy B. McGrath
                                                                                               Clerk of Court