IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CLAIRE MARIE TOLAND        :   CHAPTER 13
                                  :
            Debtor                :   Bankruptcy No.: 19-10369

### CERTIFICATION OF NO ANSWER OR OBJECTION

I, Andrew V. Guilfoil, Esquire, Counsel for Debtor hereby certify that:

1. The Notice of Objection and Hearing Date, Objection of Debtor to Proof of Claim of Bank of America, National Association FHA/VA/RHS: Nationstar Mortgage, LLC d/b/a Mr. Cooper (No.3 on Claims Register) and a proposed Order was served upon U.S. Trustees Office, Chapter 13 Trustee, William C. Miller, Kevin McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106, KEVIN F. BERRY, O' Hagan Meyer, LLP, 100 N. 18th Street, Ste. 700, Two Logan Square , Philadelphia, PA 19103, and  Debtor, Claire Marie Toland on or about November 15, 2019.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 12/09/19

ANDREW V. GUILFOIL, ESQUIRE
Counsel for Debtor
41 E. Front Street
Media, PA. 19063
(610) 565-5463