**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | :CHAPTER 13 |
|     CLAIRE MARIE TOLAND | : |
| | : |
|     Debtor | :BANKRUPTCY NO. 19-10369 |

**STIPULATION AND ORDER**
**IN SETTLEMENT OF OBJECTION TO PROOF OF CLAIM #12 of ROBERT TOLAND, II**

This stipulation in settlement of an Objection to a Proof of Claim ("stipulation") by and between Robert Toland, II ("creditor") through his counsel Kevin F. Berry, Esquire, O'Hagan Myer, LLP, and Claire Marie Toland ("Debtor"), through her counsel Andrew V. Guilfoil, Esquire, avers as follows:

WHEREAS, on April 1, 2019, Robert Toland, II, filed a claim averring all or some of the amount due was a Domestic Support Obligation (Claim 12).

WHEREAS, on November 15, 2019, Debtor, Claire Marie Toland, filed an objection to Robert Tolland's claim.

WHEREAS, a hearing on Debtors objection is scheduled for Tuesday, January 14, 2020 at 11:00am

NOW THEN, the parties agree as follows:

1. Robert Toland, II, does hereby stipulate that no portion of his claim is for a Domestic Support Obligation.

2. Parties agree Robert Toland, II's claim (Claim #12) is to be set at $ 43,760.00, and his claim is unsecured.

*Andrew V. Guilfoil, Esquire*
Counsel for Claire Marie Toland

*Kevin F. Berry, Esquire*
Counsel for Robert Toland, II

REVIEWED AND GRANTED THIS ____ DAY OF _____, 2020

_____
Honorable Ashely M. Chan