IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | :CHAPTER 13 |
| CLAIRE MARIE TOLAND | : |
| Debtor | :BANKRUPTCY NO. 19-10369 |

### PRAECIPE TO WITHDRAW PROOF OF CLAIM #12 OF ROBERT TOLAND, II

TO THE CLERK OF COURTS:

Kindly withdraw Proof of Claim #12 of Robert Toland, II filed on April 1, 2019 as regards the abovementioned debtor.

_____
Kevin F. Berry, Esquire
Counsel for Robert Toland, II