IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| CLAIRE MARIE TOLAND | : | Bankruptcy No. 19-10369 |
| Debtor | : | |

## ORDER

AND NOW, this __14th__ day of __January, 2020__, ~~20XX~~ upon consideration of the Objection of Claire Marie Toland to Proof of Claim No. 3 filed by Bank of America, National Association FHA/VA/RHS: Nationstar Mortgage, LLC d/b/a Mr. Cooper (the "Objection"), and after notice and hearing; it is hereby

ORDERED, that the Objection is **SUSTAINED**; and it is further

ORDERED, that Proof of Claim No. 3 is STRICKEN in it's ENTIRETY.

BY THE COURT:

_____
J.