IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **CLAIRE MARIE TOLAND** | : | Bankruptcy No. 19-10369 |
| Debtor | : | |

## ORDER

AND NOW, this  14th   day of January, 2020  , ~~20xx~~, upon consideration of the Objection of Claire Marie Toland to Proof of Claim No. 1 filed by U.S. Department of Housing and Urban Development (the "Objection"), and after notice and hearing; it is hereby

**ORDERED**, that the Objection is **SUSTAINED**; and it is further

**ORDERED**, that Proof of Claim No. 1 is hereby an unsecured claim.

BY THE COURT:

*[signature]*

_____ J.