United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Claire Marie Toland  
     Debtor

Case No. 19-10369-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jan 14, 2020  
                    Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2020.
```
db             +Claire Marie Toland,    173 Simpson road,    Apartment #2,    Ardmore, PA 19003-2838
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jan 15 2020 02:58:49     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 15 2020 02:58:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 15 2020 02:58:42     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 03:05:12     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:
```
              ANDREW VINCENT GUILFOIL    on behalf of Defendant Claire Marie Toland aguilfoil@holber.com
              ANDREW VINCENT GUILFOIL    on behalf of Debtor Claire Marie Toland aguilfoil@holber.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN F. BERRY    on behalf of Plaintiff Robert  Toland, II kberry@ohaganmeyer.com,
               nfusco@ohaganmeyer.com
              KEVIN F. BERRY    on behalf of Creditor Robert  Toland, II kberry@ohaganmeyer.com,
               nfusco@ohaganmeyer.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, NATIONAL ASSOCIATION FHA/VA/RHS:
               Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 13 |
|---|---|---|
| | : | |
| CLAIRE MARIE TOLAND | : | Bankruptcy No. 19-10369 |
| Debtor | : | |

### ORDER

AND NOW, this __14th__ day of __January, 2020__, ~~2019~~ upon consideration of the Objection of Claire Marie Toland to Proof of Claim No. 3 filed by Bank of America, National Association FHA/VA/RHS: Nationstar Mortgage, LLC d/b/a Mr. Cooper (the "Objection"), and after notice and hearing; it is hereby

**ORDERED**, that the Objection is **SUSTAINED**; and it is further

**ORDERED**, that Proof of Claim No. 3 is STRICKEN in it's ENTIRETY.

BY THE COURT:

_____ J.