United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-10369-amc
Claire Marie Toland                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Jan 17, 2020
                             Form ID: pdf900        Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db              +Claire Marie Toland,   173 Simpson road,   Apartment #2,   Ardmore, PA 19003-2838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jan 18 2020 03:49:43     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2020 03:48:43
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2020 03:49:21     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 03:52:16     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                     TOTAL: 4


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
        ANDREW VINCENT GUILFOIL   on behalf of Defendant Claire Marie Toland aguilfoil@holber.com
        ANDREW VINCENT GUILFOIL   on behalf of Debtor Claire Marie Toland aguilfoil@holber.com
        JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
         ecfemails@ph13trustee.com
        KEVIN F. BERRY   on behalf of Plaintiff Robert  Toland, II kberry@ohaganmeyer.com,
         nfusco@ohaganmeyer.com
        KEVIN F. BERRY   on behalf of Creditor Robert  Toland, II kberry@ohaganmeyer.com,
         nfusco@ohaganmeyer.com
        KEVIN G. MCDONALD   on behalf of Creditor   BANK OF AMERICA, NATIONAL ASSOCIATION FHA/VA/RHS:
         Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                     TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :CHAPTER 13
     CLAIRE MARIE TOLAND                   :
                                           :
                    Debtor                 :BANKRUPTCY NO.   19-10369

## STIPULATION AND ORDER
### IN SETTLEMENT OF OBJECTION TO PROOF OF CLAIM #12 of ROBERT TOLAND, II

This stipulation in settlement of an Objection to a Proof of Claim ("stipulation") by and between Robert Toland, II ("creditor") through his counsel Kevin F. Berry, Esquire, O'Hagan Myer, LLP, and Claire Marie Toland ("Debtor"), through her counsel Andrew V. Guilfoil, Esquire, avers as follows:

WHEREAS, on April 1, 2019, Robert Toland, II, filed a claim averring all or some of the amount due was a Domestic Support Obligation (Claim 12).

WHEREAS, on November 15, 2019, Debtor, Claire Marie Toland, filed an objection to Robert Tolland's claim.

WHEREAS, a hearing on Debtors objection is scheduled for Tuesday, January 14, 2020 at 11:00am

NOW THEN, the parties agree as follows:

1. Robert Toland, II, does hereby stipulate that no portion of his claim is for a Domestic Support Obligation.

2. Parties agree Robert Toland, II's claim (Claim #12) is to

be set at $ 43,760.00, and his claim is unsecured.


_____
Andrew V. Guilfoil, Esquire
Counsel for Claire Marie
Toland


_____
Kevin F. Berry, Esquire
Counsel for Robert Toland, II


REVIEWED AND GRANTED THIS _____ DAY OF _____, 2020

**Date: January 16, 2020**

_____
Honorable Ashely M. Chan