UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    CLAIRE MARIE TOLAND        :    Chapter 13
                                     :
         Debtor                      :
                                     :Bankruptcy No. 19-10369 MDC

<u>ORDER</u>

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's Certification that proper service has been made on all interested parties and upon the Applicant's Certification of No Response,

It is hereby ORDERED that:

1. The Application is GRANTED.
2. Compensation is allowed in favor of Applicant in the amount of $7,040.00 and expenses in the amount of $403.00.
3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $2,500.00 which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan. Said administrative expense equals $4,943.00.

_____
Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

Date:_____