IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: CLAIRE MARIE TOLAND       :   Chapter 13

         Debtor            :

                                 :   Bankruptcy No. 19-10369 MDC

**CERTIFICATION OF NOTICE AND NO OBJECTION
PURSUANT TO L.B.R 2016-1**

I, Andrew V. Guilfoil, Esquire, counsel for debtor, hereby certify that I served a copy of the Application for Counsel Fees and Reimbursement of Expenses on the Debtor, the Trustee, and the Office of the U.S. Trustee on August 18, 2020, via first-class mail and/or electronically;

I further certify that a copy of the Notice of Application for Counsel Fees, as required by L.B.R. 2016-1 and F.R.B.P. 2002(a)(6), was served on all creditors on August 18, 2020 by first class mail, postage pre-paid and/or electronically. A copy of said notice is attached.

I further certify that as of this date, twenty-one (21) days has elapsed and no objection has been received to the application.

By: _____
Andrew V. Guilfoil, Esquire
Attorney for Debtor

Dated: 9/14/20