United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-10369-mdc

Claire Marie Toland Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Feb 07, 2022 Form ID: 138OBJ Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Claire Marie Toland, 173 Simpson road, Apartment #2, Ardmore, PA 19003-2838 |
| 14264085 | + | BANK OF AMERICA, NATIONAL ASSOCIATION, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14273378 | + | Bank of America, N.A. FHA/VA/RHS:, Nationstar LLC d/b/a Mr. Cooper, C/O Nationstar Mortgage LLC d/b/a Mr. Co, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14261025 | + | Frederic T. Weinberg, Esquire, Gordon & Weinberg, P.C., 1001 E. Hector Street, Conshohocken, PA 19428-2395 |
| 14261027 | + | GEO Environmental, 7068 Studley Road, Mechanicsville, VA 23116-4754 |
| 14261028 | + | Havertown Township Home Improvement, 7415West Chester Pike, Upper Darby, PA 19082-1617 |
| 14261029 | + | Keller Williams Realty, 744 W. Lancaster Avenue, Wayne, PA 19087-2500 |
| 14261030 | + | Keystone Title services, 75 Shannon Road, Harrisburg, PA 17112-2799 |
| 14261032 | + | Law Offices of Andrew V. Guilfoil, 41 East Front Street, Media, PA 19063-2911 |
| 14261033 | + | M.A. Bianco Concrete & Masonry, 1022 Garfield Avenue, Havertown, PA 19083-3406 |
| 14261036 | + | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14261037 | + | Partial Claim Program, c/o Novad Management Consulting, LLC, 2401 NW 23rd Street, Ste 1A1, Oklahoma city, OK 73107-2448 |
| 14261039 | + | Rebecca A. Solarz, Esquire, KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, Pa 19106-1541 |
| 14261040 | + | Right Way Waterproffing Company, 3300 Agate Street, Philadelphia, PA 19134-4504 |
| 14300443 | + | Robert Toland II, Kevin F. Berry, Esquire, 100 N. 18th Street, Ste. 700, Philadelphia,PA 19103-2765 |
| 14261041 | + | Robert Toland, II, c/o Patrick T. Daley, Esquire, SWEENEY & NEARY, L.L.P., 200 North Jackson Street, Media, PA. 19063-2807 |
| 14303087 | + | Robert Toland, II, C/O KEVIN F. BERRY, 100 N. 18th Street, Ste. 700, Two Logan Square, Philadelphia, PA 19103-2707 |
| 14261043 | + | University of Pittsburgh, 4200 Fifth Avenue, Pittsburgh, PA 15260-0001 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 07 2022 23:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2022 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 07 2022 23:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14261021 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 07 2022 23:28:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14261022 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2022 23:39:41 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14277803 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 07 2022 23:39:41 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Feb 07, 2022 | Form ID: 138OBJ | Total Noticed: 40

| Recip ID | | Delivery Method / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 14286227 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2022 23:39:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14261023 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2022 23:28:00 | Comenity Bank/pttrybrn, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14261024 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 07 2022 23:39:41 | Credit One Bank Na, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14261026 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 07 2022 23:28:00 | Genesis/Celtic Indigo, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 14261031 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 07 2022 23:28:00 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14295542 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2022 23:39:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14272447 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 07 2022 23:39:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14261034 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 07 2022 23:39:41 | Merrick Bank Corp, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 14261035 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2022 23:28:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14296231 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2022 23:39:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14261038 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2022 23:39:38 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14293415 | | Email/Text: bnc-quantum@quantum3group.com | Feb 07 2022 23:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14289384 | | Email/Text: bnc-quantum@quantum3group.com | Feb 07 2022 23:28:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14261042 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 07 2022 23:39:38 | Syncb/car Care Syn Car, c/o P.O. Box 965036, Orlando, FL 32896-0001 |
| 14261380 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 07 2022 23:39:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14263447 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 07 2022 23:39:38 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14296232 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 07, 2022 | Form ID: 138OBJ | Total Noticed: 40 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2022                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2022 at the address(es) listed below:

**Name**    **Email Address**

ANDREW VINCENT GUILFOIL
    on behalf of Debtor Claire Marie Toland aguilfoil@holber.com

ANDREW VINCENT GUILFOIL
    on behalf of Defendant Claire Marie Toland aguilfoil@holber.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KENNETH E. WEST
    ecfemails@ph13trustee.com

KEVIN F. BERRY
    on behalf of Creditor Robert Toland II kberry@ohaganmeyer.com, nfusco@ohaganmeyer.com

KEVIN F. BERRY
    on behalf of Plaintiff Robert Toland II kberry@ohaganmeyer.com, nfusco@ohaganmeyer.com

KEVIN G. MCDONALD
    on behalf of Creditor BANK OF AMERICA NATIONAL ASSOCIATION FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Claire Marie Toland
    Debtor(s)

Case No: 19−10369−mdc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/7/22

98 − 97
Form 138OBJ