United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-10369-mdc

Claire Marie Toland    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 15, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Claire Marie Toland, 173 Simpson road, Apartment #2, Ardmore, PA 19003-2838 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2022 at the address(es) listed below:**

**Name**      **Email Address**

ANDREW VINCENT GUILFOIL
    on behalf of Debtor Claire Marie Toland aguilfoil@holber.com

ANDREW VINCENT GUILFOIL
    on behalf of Defendant Claire Marie Toland aguilfoil@holber.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN F. BERRY
    on behalf of Creditor Robert Toland  II kberry@ohaganmeyer.com, nfusco@ohaganmeyer.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2022 | Form ID: 195 | Total Noticed: 1 |

KEVIN F. BERRY
    on behalf of Plaintiff Robert Toland II kberry@ohaganmeyer.com, nfusco@ohaganmeyer.com

KEVIN G. MCDONALD
    on behalf of Creditor BANK OF AMERICA NATIONAL ASSOCIATION FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Claire Marie Toland                                         : Case No. 19−10369−mdc
      Debtor(s)

### ORDER
_____

AND NOW, this day , April 15, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

103
Form 195