# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Claire Marie Toland | | |
| Debtor(s) | : | Bankruptcy No. 19-10369-mdc |

## ORDER

AND NOW, it appearing that the above-captioned Chapter 13 case was closed prematurely, it is hereby

ORDERED that the Order approving Trustee's Report, discharging trustee and closing case entered on April 15, 2022, is VACATED.

April 20, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge